In the Matter of VINCENT C. CIRASOLE, Appellant, against PAUL P. BRENNAN et al., Constituting the Civil Service Commission of the City of New York, et al., Respondents.—Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

RALPH GORDON, Respondent-Appellant, v. M. P. ART SERVICE, INC., et al., Appellants-Respondents.— Order, so far as appealed from by the defendants, unanimously reversed, with $20 costs and disbursements, and the motion to dismiss the second and third causes of action granted. The second and third causes of action incorporate by reference the allegations of the dismissed first cause of action which makes it quite clear that the remaining causes of action are insufficient. Order, so far as appealed from by plaintiff, unanimously affirmed. Settle order on notice. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

In the Matter of the Probate of the Will of HARRIET T. TOWER, Deceased. BANK OF NEW YORK, as Executor of HARRIET T. TOWER, Deceased, Respondent; MADELINE T. BUFFUM, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

GOTHAM FACTORS CO., Respondent, v. IFAN REALTY CORP., Appellant, et al., Defendant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See *post,* p. 963.]

CONNECTICUT TELEPHONE & ELECTRIC CORPORATION, Respondent, v. TELEPHONE ANSWERING & RECORDING CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

ANNA SOL et al., Respondents, v. COLONIAL TRUST COMPANY et al., as Trustees under a Plan of Reorganization, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.